

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00374-CV

**IN THE INTEREST OF E.K.H. AND K.L.H., CHILDREN**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01156
Honorable Richard Garcia, Judge Presiding

# O R D E R

In this accelerated appeal, the State's brief is due on September 6, 2016. Before the brief was due, the State filed its first motion for a ten-day extension of time to file its brief. *See* TEX. R. APP. P. 38.6(b), (d).

The State's motion is GRANTED. The State's brief is due on September 16, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.



_____
Keith E. Hottle
Clerk of Court